IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN AND KRISTIN WATTENBARGER | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO. 4:22-cv-158 |
| MAISON INSURANCE COMPANY | § § § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendant Maison Insurance Company, in a cause styled *John and Kristin Wattenbarger v. Maison Insurance Company*, originally pending as Cause No. 048-331590-22 in the 48th Judicial District Court of Tarrant County, Texas, hereby respectfully files this Notice of Removal of that cause to the United States District Court for the Northern District of Texas, Fort Worth Division, while fully reserving all rights and defenses, and as grounds therefore would respectfully show the Court as follows:

### NATURE OF THE PENDING STATE CASE

1.    On January 25, 2022, Plaintiffs John and Kristin Wattenbarger filed a civil action styled *John and Kristin Wattenbarger v. Maison Insurance Company*, under Cause No. 048-331590-22 in the 48th Judicial District Court of Tarrant County, Texas.

2.    This case involves an insurance dispute wherein Plaintiffs allege in their Original Petition that the subject property located in Tarrant County, Texas, insured under an insurance policy issued by Maison, sustained damage on or about February 6, 2021 when a vehicle struck their home and caused significant damage to it. Plaintiffs have sued Maison alleging causes of

action for breach of contract, violations of the Texas Insurance Code, violations of the Texas Business and Commerce Code, and breach of the duty of good faith and fair dealing.

3.    Maison has attached the documents required to be filed with this Notice of Removal in compliance with Local Rule 81.1[1]

## JURISDICTION

4.    Pursuant to 28 U.S.C. § 1441(a), Maison removes this action to the District Court of the United States for the Northern District of Texas, Fort Worth Division, because it is the District and Division embracing the place where such action is pending. Additionally, this Court has diversity jurisdiction, as shown below, because the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**A.    Diversity of the Parties**

5.    Plaintiffs John and Kristin Wattenbarger are both individuals who are citizens of Texas and who reside in Tarrant County, Texas.[2] Defendant Maison is a foreign corporation organized under the laws of the State of Louisiana, with its principal place of business in Baton Rouge, Louisiana, and is therefore a citizen of Louisiana. Therefore, the parties are citizens of different states and are completely diverse.

**B.    Amount in Controversy**

6.    To show that all the requisites for federal jurisdiction are met, a removing party must demonstrate that the amount in controversy exceeds $75,000.[3] The amount in controversy is

---

[1] Plaintiffs' Original Petition, attached hereto as Exhibit "A;" Proof of Service, attached hereto as Exhibit "B;" Defendant's Original Answer, attached hereto as Exhibit "C;" An Index of Matters Being Filed, attached hereto as Exhibit "D;" Copy of State Court Docket Sheet, attached hereto as Exhibit "E;" List of All Counsel of Record, attached hereto as Exhibit F;" Civil Cover Sheet, attached hereto as Exhibit "G;" Supplemental Civil Cover Sheet, attached hereto as Exhibit "H"; and Certificate of Interested Persons, attached hereto as Exhibit "I."
[2] Exhibit A, at para 2.
[3] *See* 28 U.S.C. § 1332(a); *Garcia v. Koch Oil Co. of Texas Inc.*, 351 F.3d 636, 638 (5th Cir. 2003).

ordinarily established on the face of the complaint and the dollar-amount actually alleged.[4] Here, Plaintiffs alleges in their petition that they seek damages in excess of $250,000.[5] Therefore, the amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs.

## TIMING OF REMOVAL

7.    Maison was served with this lawsuit on January 31, 2022 by Plaintiffs serving Maison's Registered Agent, Corporate Creations.[6] Therefore, this Notice of Removal is being filed within 30 days of service of the petition pursuant to 28 U.S.C. § 1446(b), and is filed less than one year after commencement of the action, pursuant to 28 U.S.C. § 1446(c). This Notice is therefore timely filed.

## NOTICE TO ADVERSE PARTIES AND STATE COURT

8.    As the removing party, Maison will give Plaintiffs prompt written notice of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

9.    Maison will also file a copy of this Notice of Removal with the 48th Judicial District Court of Tarrant County, Texas, where the state court action is currently pending, as required by 28 U.S.C. § 1446(d).

## ANSWER

10.    Maison filed a responsive pleading in the state court action, and will timely file an Amended Answer to Plaintiffs' lawsuit in this Honorable Court.

---

[4] *See Garcia*, 351 F.3d at 638 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)); *Allen v. R & H Oil and Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).
[5] Exhibit A, at introductory paragraph on p. 1.
[6] *See* Exhibit B.

## JURY DEMAND

11.     Maison hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of
Civil Procedure.

## CONCLUSION AND PRAYER

12.     In light of the foregoing, Defendant Maison Insurance Company respectfully
removes this civil action, styled *John and Kristin Wattenbarger v. Maison Insurance Company*,
under Cause No. 048-331590-22 in the 48th Judicial District Court of Tarrant County, Texas.

13.     Maison prays for such other and further relief, both general and special, at law and
in equity, to which it may show itself justly entitled.

Respectfully submitted by,

*/s/ Brian A. Srubar*
Les Pickett
  "Attorney-in-Charge"
  Federal I.D. No. 14306
  State Bar No. 15980520
  lpickett@gallowaylawfirm.com
Brian A. Srubar
  Federal I.D. No. 3082622
  State Bar No. 24098460
  bsrubar@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT**

4

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 1, 2022, a copy of the above and foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Brian A. Srubar*

Les Pickett

Brian A. Srubar
