```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| JOHN AND KRISTIN WATTENBARGER | § § § | |
| VS. | § § | ACTION NO. 4:22-CV-158-Y |
| MAISON INSURANCE COMPANY | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

On October 7, 2022, Defendant filed a notice of liquidation of its parent company, FedNat Insurance Company ("FedNat"), arguing that this action is automatically stayed because of the issuance of a liquidation order by a Florida state court. In response, Plaintiffs concede that the McCarran-Ferguson Act requires that this case be stayed in accordance with the Florida statutes governing insurance insolvency and the appointment of a court-appointed receiver. See 15 U.S.C. § 1012 (detailing that normative federal-law preemption under the Supremacy Clause is reversed in the context of state regulation of the insurance market); see also *Munich Am. Reinsurance Co. v. Crawford*, 141 F.3d 585, 590 (5th Cir. 1998) (identifying an identical scenario involving the insolvency of an insurance carrier under Oklahoma law).

Accordingly, all deadlines are **STAYED** until further ordered by the Court. In addition, in an effort to manage the Court's docket more efficiently, this case should be, and it is hereby,

**ADMINISTRATIVELY CLOSED**.  This case may be reopened, without prejudice, upon the motion of either party.

SIGNED November 10, 2022.

                                                _____
                                                TERRY R. MEANS
                                                UNITED STATES DISTRICT JUDGE